# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norton, David C. | U.S. District Court | 02/07/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

P.O. Box 835
Charleston, SC 29402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Article 5 Trust |
| 2. Trustee | Article 6 Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 02/07/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Web MD - Editorial Stipend |
| 2. 2020 | Private Consulting |
| 3. 2020 | Medical Director, Sharing Hope |
| 4. 2020 | Newberry Pathology Associates - Autopsy Services |
| 5. 2020 | Springer Publishing - Book Royalties |
| 6. 2020 | Medical Director, LifeHope Labs, Atlanta, GA |
| 7. 2020 | Editor, Cambridge University Press and College of American Pathologists Press |
| 8. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. Apergegy Corp | | None | | | Merged<br>(with line 6) | 06/05/20 | J | | |
| 3. AT &T #1 | A | Dividend | J | T | | | | | |
| 4. BP PLC ADR | A | Dividend | K | T | | | | | |
| 5. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 6. Championix Corp Com | | None | J | T | | | | | |
| 7. Chevron Corp #1 | A | Dividend | K | T | | | | | |
| 8. Comcast Corp CL A #1 | A | Dividend | K | T | | | | | |
| 9. Corteva Inc | A | Dividend | J | T | | | | | |
| 10. Walt Disney Co #1 | A | Dividend | K | T | | | | | |
| 11. Dover | A | Dividend | K | T | | | | | |
| 12. Dow Inc #1 | A | Dividend | J | T | | | | | |
| 13. Dupont De Nemours Inc | A | Dividend | J | T | | | | | |
| 14. Eli Lilly & Co #1 | A | Dividend | K | T | | | | | |
| 15. Emerson Electric | A | Dividend | K | T | | | | | |
| 16. Energy Transfer Partners LP #1 | | None | K | T | | | | | |
| 17. Fidelity Hereford Street Trust Daily Govt MM #1 | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric Co #1 | A | Dividend | K | T | | | | | |
| 19. Global Pmts Inc | A | Dividend | L | T | | | | | |
| 20. Knowles Corporation | | None | J | T | | | | | |
| 21. Lincoln National Corp | A | Dividend | K | T | | | | | |
| 22. Pfizer Inc #1 | | None | | | Sold | 01/22/20 | K | B | |
| 23. Proctor & Gamble #1 | A | Dividend | L | T | | | | | |
| 24. Promontory FDIC - Joint Non Qualified | | None | N | T | | | | | |
| 25. South State Corp Com # 1 | B | Dividend | N | T | | | | | |
| 26. Suntrust Banks Inc | | None | | | Merged (with line 28) | 01/02/20 | K | | |
| 27. Synovus Financial Corp | A | Dividend | J | T | | | | | |
| 28. Truist Finl Corp Com | | None | M | T | | | | | |
| 29. Verizon Communications Inc #1 | A | Dividend | J | T | | | | | |
| 30. Wabtec Corp Inc | | None | J | T | | | | | |
| 31. Zimmer Biomet Hldgs Inc | A | Dividend | J | T | | | | | |
| 32. Advantix Inc | | None | J | T | | | | | |
| 33. Alcoa Inc | | None | J | T | | | | | |
| 34. American Express Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amgen Inc | A | Dividend | K | T | | | | | |
| 36. Arconic Inc | | None | J | T | | | | | |
| 37. AT&T Inc #2 | A | Dividend | J | T | | | | | |
| 38. Avanos Medical Inc | | None | J | T | | | | | |
| 39. Bank of America #1 | A | Dividend | J | T | | | | | |
| 40. Bank of New York Mellon Corp | A | Dividend | J | T | | | | | |
| 41. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 42. Charter Communications | | None | J | T | | | | | |
| 43. Chevron Corp #2 | A | Dividend | K | T | | | | | |
| 44. Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 45. Citigroup Inc | A | Dividend | K | T | | | | | |
| 46. Fidelity Money Market Account | A | Interest | J | T | | | | | |
| 47. Fidelity Money Market Account | A | Interest | K | T | | | | | |
| 48. Coca-Cola Co | A | Dividend | K | T | | | | | |
| 49. Comcast Corp CL A #2 | A | Dividend | K | T | | | | | |
| 50. Corteva Inc | | None | J | T | | | | | |
| 51. Walt Disney Co #2 | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   Dow Inc | A | Dividend | J | T | | | | | |
| 53.   Dupont De Nemours Inc | A | Dividend | J | T | | | | | |
| 54.   DXC Technology Co. | | None | J | T | | | | | |
| 55.   Duke Energy | A | Dividend | J | T | | | | | |
| 56.   Exxon Mobil Corp #1 | A | Dividend | J | T | | | | | |
| 57.   Fidelity Hereford Street Trust Daily MM #2 | | None | K | T | | | | | |
| 58.   Garret Motion Inc | | None | J | T | | | | | |
| 59.   General Electric #2 | A | Distribution | J | T | | | | | |
| 60.   Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 61.   Hartford Financial Services Group | A | Dividend | J | T | | | | | |
| 62.   Hewlett Packard Inc Com | A | Dividend | J | T | | | | | |
| 63.   Home Depot Inc | B | Dividend | M | T | | | | | |
| 64.   Hommet Aerospace Inc | | None | J | T | Spinoff<br>(from line 36) | 04/01/20 | J | | |
| 65.   Honeywell Intl Inc | A | Dividend | K | T | | | | | |
| 66.   Intel Corp | A | Dividend | K | T | | | | | |
| 67.   Kimberly Clark | A | Dividend | J | T | | | | | |
| 68.   Kraft-Heinz Foods Inc CL A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. McDonalds Corp | A | Dividend | L | T | | | | | |
| 70. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 71. Micro Focus Intl | | None | J | T | | | | | |
| 72. Microsoft Corp | A | Dividend | K | T | | | | | |
| 73. Mondelez Intl Inc Com | | None | J | T | | | | | |
| 74. JP Morgan Chase & Co | A | Dividend | K | T | | | | | |
| 75. Nokia Corp | A | Dividend | K | T | | | | | |
| 76. Pepsico Inc | A | Dividend | K | T | | | | | |
| 77. Perspecta Inc | | None | J | T | | | | | |
| 78. Pfizer Inc #2 | | None | | | Sold | 01/22/20 | K | B | |
| 79. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 80. Proctor & Gamble #2 | A | Dividend | K | T | | | | | |
| 81. Promontory FDIC - Article 6 Trust | | None | O | T | | | | | |
| 82. Residio Technologies Inc | | None | J | T | | | | | |
| 83. Texas Instruments Inc | A | Dividend | L | T | | | | | |
| 84. Travelers Companies Inc | A | Dividend | K | T | | | | | |
| 85. Verizon Communications #2 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wabtec Inc | | None | J | T | | | | | |
| 87. AT & T Inc # 3 | A | Dividend | K | T | | | | | |
| 88. Bank of America #2 | A | Dividend | K | T | | | | | |
| 89. Chemours Co | A | Dividend | J | T | | | | | |
| 90. Chevron Corp #3 | A | Dividend | L | T | | | | | |
| 91. Citigroup Inc | A | Dividend | K | T | | | | | |
| 92. CSX Corp | A | Dividend | M | T | | | | | |
| 93. Corteva Inc | A | Dividend | J | T | | | | | |
| 94. Dow Inc | A | Dividend | J | T | | | | | |
| 95. Dupont De Nemours Inc | A | Dividend | J | T | | | | | |
| 96. Eli Lilly & Co #2 | A | Dividend | M | T | | | | | |
| 97. Energy Transfer Partners LP #2 | A | Dividend | K | T | | | | | |
| 98. Exxon Mobil Corp #2 | A | Dividend | K | T | | | | | |
| 99. General Electric Co | A | Dividend | K | T | | | | | |
| 100. International Busisiness Machines (IBM) | B | Dividend | L | T | | | | | |
| 101. Motorola Solutions Inc | A | Dividend | J | T | | | | | |
| 102. Norfolk Southern | B | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Norton, David C.** | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Promontory FDIC- Article 5 Trust | | None | M | T | | | | | |
| 104.  South State Corp Com #2 | B | Dividend | M | T | | | | | |
| 105.  Wabtec Com | | None | J | T | | | | | |
| 106.  Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 107.  JNL Growth Allocation | A | Dividend | L | T | | | | | |
| 108.  JNL American Balanced | A | Dividend | L | T | | | | | |
| 109.  JNL American Funds Global Bond | A | Dividend | J | T | | | | | |
| 110.  JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |
| 111.  JNL JP Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 112.  JNL Mellon Capital Consumer Disretionary<br>Sector | A | Dividend | L | T | | | | | |
| 113.  JNL Mellon Capital Healthcare Sector | A | Dividend | L | T | | | | | |
| 114.  JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 115.  JNL S&P 4 | A | Dividend | L | T | | | | | |
| 116.  JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |
| 117.  JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 118.  Promontory FDIC- David IRA | | None | O | T | | | | | |
| 119.  Wabtec Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Wells Fargo Co | A | Dividend | J | T | | | | | |
| 121.  Fidelity Hereford Street Trust Daily MM #3 | | None | J | T | | | | | |
| 122.  JNL Growth Allocation | A | Dividend | L | T | | | | | |
| 123.  JNL American Funds Balanced | A | Dividend | L | T | | | | | |
| 124.  JNL Invesco Small Cap Growth | A | Dividend | L | T | | | | | |
| 125.  JNL Morgan Midcap Growth | A | Dividend | L | T | | | | | |
| 126.  JNL Mellon Capital Consumer Disretionary Sector | A | Dividend | L | T | | | | | |
| 127.  JNL Mellon Capital Heathcare Sector | A | Dividend | L | T | | | | | |
| 128.  JNL Mellon Capital Nasdaq 100 | A | Dividend | L | T | | | | | |
| 129.  JNL S&P 4 | A | Dividend | L | T | | | | | |
| 130.  JNL S&P Competive Advantage | A | Dividend | L | T | | | | | |
| 131.  JNL T Rowe Price Established Growth | A | Dividend | L | T | | | | | |
| 132.  Wells Fargo Co | A | Dividend | J | T | | | | | |
| 133.  South State Bank | C | Interest | L | T | | | | | |
| 134.  North Carolina Rental Property !00% Transylvania County, NC | A | Rent | P1 | W | | | | | |
| 135.  Lain Farm, Johnson County, Indiana | E | Rent | P1 | W | | | | | |
| 136.  South Carolina State Deferred Comp Plan | A | Dividend | L | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 138. MassMutual Life Ins (MML Equity Fund Portfolio) | A | Dividend | J | T | | | | | |
| 139. Russell 2000 Index - Kim IRA | A | Dividend | K | T | | | | | |
| 140. S & P 500 Index - Kim IRA | B | Dividend | M | T | | | | | |
| 141. MSCI EAFE - Kim IRA | A | Dividend | K | T | | | | | |
| 142. Promontory FDIC MM - Kim IRA | | None | O | T | | | | | |
| 143. Russell 2000 Index - Kim Non Qualified Acct. | A | Dividend | K | T | | | | | |
| 144. S & P 500 Index - Kim Non Qualified Acct. | B | Dividend | M | T | | | | | |
| 145. MSCI EAFE - Kim Non Qualified Acct. | A | Dividend | K | T | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C. | 02/07/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations for Part VII.  Investments and Trusts

1.  The rental property listed in Part VII, line 147 is located in Translyvania County, North Carolina, USA.

2.  Lain Farm listed on line 148.

   Lain Farm          value cost R     Annual Rental Income E  (This property was purchased in 1981 and is located outside the city limits in Johnson County, Indiana, USA.Life Valuemark II

3.  Article 5 Trust consist of lines: 87-106.

4.  Article 6 Trust consist of lines: 32-86

5. Line 29 Verizon Communications erroneously ommitted from 2019 report.

6.  Line 62 HP renamed Hewlettpackard Inc.

7. Line 66 Intel Corp was erroneously ommitted from 2019 report.

8. Line 136 South Carolina State Deferred Compnsation Plan and line 137 South Carolina State Retirement Plan are not "self-directed" plans.  They both have investments that are directed and managed by the South Carolina's Treasuerer's
   Office.  These investments are unknown to the owners of the plans.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Norton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544